IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MIKE MARCUS,                                    Case No. 6:13-cv-01011-AA
                                                       OPINION AND ORDER
         Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

         Defendant.
_____

Merrill Schneider
Schneider Kerr Law Offices
P.O. Box 14490
Portland, Oregon 97293
     Attorney for plaintiff

S. Amanda Marshall
United States Attorney
Ronald K. Silver
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97201

Lars J. Nelson
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington, 98104-7075
     Attorneys for defendant

Page 1 - OPINION AND ORDER

AIKEN, Chief Judge:

Plaintiff, Mike Marcus ("Plaintiff") brings this action pursuant to the Social Security Act ("Act") to obtain judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for Supplemental Security Income ("SSI"). Plaintiff brings this action challenging the Commissioner's determination that he is ineligible for SSI because he is not a U.S. citizen.

Plaintiff's wife brought a companion case: Tomiko Marcus v. Colvin, No. 6:13-cv-01009-AA (D. Or. 2014) raising identical issues based on the same factual background. For the reasons outlined in the opinion issued in Tomiko Marcus v. Colvin, the Commissioner's decision is reversed and remanded for further proceedings.

## CONCLUSION

The Commissioner's decision is REVERSED and REMANDED for further proceedings consistent with the opinion issued in Tomiko Marcus v. Colvin, No. 6:13-cv-01009-AA (D. Or. 2014).

IT IS SO ORDERED.

Dated this 19th day of June 2014.

Ann Aiken
United States District Judge

Page 2 - OPINION AND ORDER